**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number (if known): _____ Chapter 11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Zio's Restaurant Company, LLC | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA Zio's<br>DBA Zio's Italian Kitchen<br>DBA Zio's Restaurant | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-8307289 | |
| 4. | Debtor's address | Principal place of business<br><br>120 Chula Vista<br>Hollywood Park, TX 78232<br>Number, Street, City, State & ZIP Code<br><br>Bexar<br>County | Mailing address, if different from principal place of business<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Debtor     Zio's Restaurant Company, LLC
Name

Case number (If known) _____

7. Describe debtor's business

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. Check all that apply
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8. Under which chapter of the Bankruptcy Code is the debtor filing?

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check all that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor    See Attachment    Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 2

Debtor  Zio's Restaurant Company, LLC
       Name

Case number (*If known*) _____

**11. Why is the case filed in this district?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
       Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Zio's Restaurant Company, LLC
         Name

Case number (If known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-6-16
             MM/DD/YYYY

X _[signature]_                                           Peter Donbavand
Signature of authorized representative of debtor          Printed name

Title   Vice President

**18. Signature of attorney**

X _David Parham_                                          Date 9/6/2016
Signature of attorney for debtor                               MM/DD/YYYY

David W. Parham
Printed name

Akerman LLP
Firm name

2001 Ross Avenue
Suite 2550
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone   214-720-4300        Email address   david.parham@akerman.com

15459500
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

Debtor  Zio's Restaurant Company, LLC
      Name

Case number (if known) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF TEXAS

Case number (if known) _____  Chapter __11__

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION
### Pending Bankruptcy Cases Attachment

| Debtor | Zio's Restaurant Company, LLC | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |
| Debtor | FMPRG # 601, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 602, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 603, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 604, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 605, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 606, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 607, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 608, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 609, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 610, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 611, LLC | | | Relationship to you | Affiliate |
| District | Western District of Tecas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 613, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 615, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 618, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 623, LLC | | | Relationship to you | Affiliate |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |
| Debtor | FMPRG # 624, LLC | | | | |
| District | Western District of Texas | When | 9/07/16 | Case number, if known | |

# RESOLUTIONS ADOPTED BY THE BOARD OF MANAGERS OF
# ZIO'S RESTAURANT COMPANY, LLC

The undersigned, being the majority of the managers of ZIO'S RESTAURANT COMPANY, LLC, a Texas limited liability company (the "Company"), pursuant to applicable provisions of the Texas Business Organizations Code and the Company's company agreement, hereby adopts the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Managers of the Company it is desirable and in the best interests of the Company, its creditors, its members and other interested parties, that a petition(s) be filed by the Company and its fully owned subsidiaries in the United States Bankruptcy Court for the Western District of Texas in San Antonio (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that each of Lawrence Farrell Harris, Jr. (as Chairman of the Board), Allen Jackie Jones (as President and Chief Executive Officer), Jason Richard Kemp (as Executive Vice President, Secretary and Treasurer), Robert Amaro (as Vice President – Accounting), and Peter Donbavand (as Vice President – Real Estate and Business Development) be appointed by the Board of Directors of the Company as an authorized signatory (each, an "Authorized Signatory") in connection with the chapter 11 case authorized herein (the "Case"); and it is further

RESOLVED, that each Authorized Signatory and each officer of the Company, together with any other person or persons hereafter designated by the Board of Managers of the Company, or any one of such persons (each, individually, an "Authorized Officer," and, individually and collectively, the "Authorized Officers") be, and each of them hereby is, authorized, empowered and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court to commence the Case in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to execute and deliver, or cause to be executed and delivered, all such written resolution, agreements, documents, certificates and undertakings for each of Company's fully owned subsidiaries as its sole member in connection with the chapter 11 cases authorized herein; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, directed and empowered, on behalf of an in the name of the Company, to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on their behalf as provided herein), all necessary documents including, but not limited to, all

petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action, that they or any of them deem necessary, proper or desirable in connection with the Case contemplated hereby, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to take or cause to be taken, from time to time, any and all such further action and to execute and deliver, or cause to be executed and delivered, all such further agreements, documents, certificates and undertakings including, but not limited to, amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable, to effectuate the purpose and intent of the foregoing resolutions; and it is further

RESOLVED, that the Company as debtor and debtor-in-possession under chapter 11 of the Bankruptcy code be, and it hereby is, authorized to enter into a debtor-in-possession financing facility and in connection therewith, to grant any guarantees, pledges, mortgages, and other security instruments containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by any Authorized Officer to obtain such debtor-in-possession financing for the Company or its subsidiaries and affiliates; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver, and perform for and on behalf of the Company, as debtor and debtor-in-possession, any documents, agreements, guaranties, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution including, but not limited to, any credit agreement, promissory note, letter of credit application, or other document evidencing the obligations of the Company under the debtor-in-possession financing, and any modifications or supplements thereto, all such materials to be in the form approved by such Authorized Officers, the execution and delivery thereof to be conclusive evidence of such approval; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered for and it the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED, that the law firm of Akerman, LLP, 2001 Ross Avenue, Suite 2550, Dallas, Texas 75201 be, and hereby are, employed under a general retainer as attorneys for the Company and the other affiliated debtor entities in the Case; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company to retain such

4851-5086-6990.5
734133\000006

other professionals as they deem appropriate during the course of the Case; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the Case, or any matter related thereto, including in connection with the debtor-in-possession financing, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that this consent may be signed in any number of counterparts, each of which, taken together, shall constitute one and the same consent and that, once signed, this consent shall be filed with the corporate records of the Company.

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on this 6th day of September, 2016.

[Signature page follows]

**MANAGERS**

_____
Lawrence Farrell Harris, Jr.

_____
Allen Jackie Jones

_____
Jason Richard Kemp

**CONSTITUTING A MAJORITY OF THE MANAGERS OF ZIO'S RESTAURANT COMPANY, LLC**

*[Signature Page – Zio's Restaurant Company, LLC Consent]*

4851-5086-6990.5
734133\000006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ZIO'S RESTAURANT COMPANY, LLC, | § § § | Chapter 11 |
| Debtor. | § § | Case No. 16-_____ |

## CORPORATE OWNERSHIP STATEMENT

Zio's Restaurant Company, LLC (the "Debtor"), pursuant to Rule 1007(a)(1), Federal Rules of Bankruptcy Procedure, hereby files its Corporate Ownership Statement and states that it has no reportable corporate membership interests.

Dated: September 7, 2016

Respectfully submitted,

AKERMAN LLP

/s/ David W. Parham
David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com

COUNSEL FOR DEBTORS AND
DEBTORS-IN-POSSESSION

{39180646;2}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| ZIO'S RESTAURANT COMPANY, LLC, | § | |
| | § | Case No. 16-_____ |
| Debtor. | § | |

## LIST OF EQUITY INTEREST HOLDERS FOR ZIO'S RESTAURANT COMPANY, LLC

I, Peter Donbavand, Vice President for Zio's Restaurant Company, LLC, a Texas limited liability company, declare under penalty of perjury that I have read the List attached hereto as Exhibit "A" and that it is true and correct to the best of my knowledge, information and belief.

Dated: September 7, 2016

Zio's Restaurant Company, LLC.
a Texas limited liability company

_____
Peter Donbavand
Vice President

{39314138;1}

## EXHIBIT A

| Equity Holder | Address | Kind of Interests | Percentage Interest |
|---|---|---|---|
| SJL-Zio Operating Partners, G.P. | 120 Chula Vista Hollywood Park, TX 78232 | membership | 46% |
| Allen Jones | 120 Chula Vista Hollywood Park, TX 78232 | membership | 17% |
| Larry F. Harris | 120 Chula Vista Hollywood Park, TX 78232 | membership | 17% |
| Jason Kemp | 120 Chula Vista Hollywood Park, TX 78232 | membership | 17% |
| Robert Amaro | 120 Chula Vista Hollywood Park, TX 78232 | membership | 3% |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name Zio's Restaurant Company, LLC | |
| United States Bankruptcy Court for the: Western District of Texas (State) | ☐ Check if this is an amended filing |
| Case number (If known): _____ | |

# Official Form 204
# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30[1] Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FMP SA Management Group, LLC<br>120 Chula Vista<br>Hollywood Park, TX 78232 | | Trade | | | | $ 834,801.85 |
| 2 | Arizona Bank & Trust<br>2036 E. Camelback Road<br>Phoenix, AZ 85016 | | Credit Card | | | | $ 508,088.00 |
| 3 | Graco Roofing & Construction, LLC | Michael Rubenstein, Esq. (Plaintiff's Counsel)<br>1503 E. 19th St.<br>Edmond, OK 73013 | Litigation | | | | $ 365,535.00 |
| 4 | Fresh Acquisition LLC d/b/a Dynamic Foods<br>120 Chula Vista<br>Hollywood Park, TX 78232 | | Trade | | | | $ 282,377.52 |
| 5 | John Truel | Mark Henricksen (Plaintiff's Counsel)<br>Henricksen & Henricksen Lawyers, Inc.<br>P. O. Box 698<br>Reno, OK 73036 | Litigation | | | | $ 90,296.00 |

---

[1] Debtors contemporaneously filed Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to File a Consolidated List of the 30 Largest Unsecured Creditors and Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information.

Debtor    Zio's Restaurant Company, LLC    Case number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Gladys Erbar and Tom Erbar, et al.<br><br>Tom Erbar<br>801 Amity Lane<br>El Reno, OK 73036 | Fenton R. Ramey (Plaintiff's Counsel)<br>Attorney for Gladys Erbar<br>5 S. 5th St.<br>Yukon, OK 73099 | Litigation | | | | $ 60,000.00 |
| 7 | Phillips Murrah P.C.<br>100 N. Robinson<br>Oklahoma City, OK 73102 | | Professional Services | | | | $ 52,360.41 |
| 8 | The Village at Sports Center, Ltd.<br>2500 NE Green Oaks Blvd., Suite 200<br>Arlington, TX 76006 | | Lease | | | | $ 31,002.24 |
| 9 | SJL Partners, GP<br>c/o Leeco Properties, Inc.<br>3501 Billy Hext Road<br>Odessa, TX 79765 | | Lease | | | | $ 28,833.33 |
| 10 | Tulsa Investment Group III LLC<br>Attn: Mitch Adwon<br>P. O. Box 52808<br>Tulsa, OK 74152 | | Lease | | | | $ 23,191.67 |
| 11 | Pro Air Inc.<br>1800 E. Kansas City Rd.<br>Olathe, KS 66061 | | Trade | | | | $ 19,529.70 |
| 12 | Northwoods Center, Inc.<br>c/o Invesco Real Estate<br>Attn: Wade McGinnis<br>P. O. Box 8347<br>Pasadena, CA 91109 | | Lease | | | | $ 19,172.33 |
| 13 | DHP Commercial, LLC<br>Attn: George (Ted) Keeney<br>P. O. Box 1557<br>Oklahoma City, OK 73102 | | Lease | | | | $ 15,544.26 |
| 14 | Well Healed, LLC<br>Attn: Bill Beall<br>2921 S. National<br>Springfield, MO 65804 | | Lease | | | | $ 15,433.20 |
| 15 | Inland Diversified Real State Services, LLC<br>Attn: Catherine Berger<br>2901 Butterfield Rd.<br>Oakbrook, IL 60523 | | Lease | | | | $ 15,376.90 |
| 16 | DMC Enterprises, Ltd.<br>Attn: Davy Chin<br>4311 Oak Trail Ct.<br>Sugar Land, TX 77479 | | Lease | | | | $ 13,833.33 |

Debtor   Zio's Restaurant Company, LLC  　　　　　　Case number (if known) _____
　　　　　Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | JAJYA928, LP<br>4001 Briarpark<br>Houston, TX 77042 | | Lease | | | | $ 13,833.33 |
| 18 | Realty Income Texas Properties 1 LLC<br>Attn: Melissa J. DePonte<br>601 La Terraza Blvd.<br>Escondido, CA 92025 | | Lease | | | | $ 13,676.90 |
| 19 | City Base West, LP<br>c/o Valcor Commercial RE<br>5101 Broadway, #200<br>San Antonio, TX 78209 | | Lease | | | | $ 13,567.68 |
| 20 | Lafortune Properties, LLC<br>d/b/a East Pointe Shopping enter<br>c/o GBR Properties<br>Attn: Bob Parker<br>3114 E. 81st Street<br>Tulsa, OK 74137 | | Lease | | | | $ 12,688.84 |
| 21 | Presidio, LLC<br>Attn: Jim Cantrall<br>13200 Canyon Edge Trail NE<br>Albuquerque, NM 87111 | ` | Lease | | | | $ 11,845.32 |
| 22 | ATA Plaza OK, LLC<br>Attn: Vicki Sechler<br>2701 E. Camelback Rd., Ste. 150<br>Phoenix, AZ 85016 | | Lease | | | | $ 10,837.41 |
| 23 | S.E. Family Partnership, LLLP<br>Attn: Bjorn Eriksen<br>P. O. Box 680237<br>Park City, UT 84068 | | Lease | | | | $ 10,166.67 |
| 24 | Mary A. Acosta<br>5207 Savannah Ct.<br>Von Ormy, TX 78720 | Mark Jordan, Esq.<br>Jacob Jordan PLLC<br>12703 Spectrum Dr., Ste. 200<br>San Antonio, TX 78249 | Litigation | | | | $ 10,000.00 |
| 25 | Raymark Mechanical<br>3520 Aldine Bender, Ste. H<br>Houston, TX 77032 | | Trade | | | | $ 8,581.55 |
| 26 | Tulsa Investment Group II, LLC<br>Attn: Mitch Adwon<br>P. O. Box 52808<br>Tulsa, OK 74152 | | Lease | | | | $ 6,325.00 |
| 27 | Daniel H. Zeligson<br>1924 S. Utica<br>Tulsa, OK 74104 | | Lease | | | | $ 6,325.00 |

Debtor  Zio's Restaurant Company, LLC     Case number (if known) _____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | Karen P. Zeligson 1924 S. Utica Tulsa, OK 74104 | | Lease | | | | $ 6,325.00 |
| 29 | Curtis Restaurant Supply & Equipment 6577 East 40th Street Tulsa, OK 74145 | | Trade | | | | $ 4,923.32 |
| 30 | Freshpoint Denver P. O. Box 815219 Dallas, TX 75381 | | Trade | | | | $ 4,642.95 |